IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00015-AP

DAVID L. PLAUT,

    Plaintiff,

v.

MICHAEL J. ASTRUE,[1] Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
William E. Benjamin, Esq.
5350 Manhattan Circle, Suite 105
Boulder, CO 80303
(303) 442-9005
(303) 442-2345 (fax)

For Defendant:
Teresa H. Abbott
Special Assistant United States Attorney
*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (fax)

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.   DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**   **Date Complaint Was Filed:**  January 3, 2007

    **B.**   **Date Complaint Was Served on U.S. Attorney's Office:**  January 16, 2007

    **C.**   **Date Answer and Administrative Record Were Filed**:  March 19, 2007

**4.   STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5.   STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6.   STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.   OTHER MATTERS**

None.

**8.     PROPOSED BRIEFING SCHEDULE**

   A.     **Plaintiff's Opening Brief Due:**  May 9, 2007

   B.     **Defendant's Response Brief Due:**  June 8, 2007

   C.     **Plaintiff's Reply Brief (If Any) Due:**  June 25, 2007

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

   A.     **Plaintiff's Statement:**  Plaintiff does not request oral argument.

   B.     **Defendant's Statement:**  Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.     **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.     **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

          DATED this <u>9th</u> day of April, 2007

                                                            BY THE COURT:

                                                             <u>S/John L. Kane</u>
                                                            U.S. DISTRICT COURT JUDGE

APPROVED:

/s William E. Benjamin  
William E. Benjamin, Esq.  
5350 Manhattan Circle, Suite 105  
Boulder, CO 80303  
Telephone: (303) 442-9005  
WbenjaminLaw@ecentral.com  


Attorney for Plaintiff

TROY A. EID  
UNITED STATES ATTORNEY  

s/Kurt J. Bohn  
KURT J. BOHN  
Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov  

s/Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado 80294  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado 80202  
Telephone: (303) 454-0100  

Attorneys for Defendant